## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Nelson Leon                                    CHAPTER 7
       Marsha  L. Leon

            Debtor(s)                        BKY. NO. 21-12181 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of USAA FEDERAL SAVINGS BANK and index same on the master mailing list.

                Respectfully submitted,

/s/ Rebecca Solarz

Rebecca Solarz
25 Aug 2021, 16:46:15, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322