United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12181-amc |
| Nelson Leon | Chapter 7 |
| Marsha L. Leon | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 15, 2021 | Form ID: 318 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nelson Leon, Marsha L. Leon, 119 Deerpath Drive, Lansdale, PA 19446-1423 |
| 14628097 | + | American Honda Finance, P.O. Box 168128, Irving, TX 75016-8128 |
| 14628098 | + | Amex Department Stores, P.O. Box 8218, Mason, OH 45040-8218 |
| 14628099 | + | Apple Card - GS Bank USA, Lockbox 6112, P.O. Box 7247, Philadelphia, PA 19170-0001 |
| 14628100 | + | Associated Endodontists, P.C., 1 Belmont Avenue, Suite 316, Bala Cynwyd, PA 19004-1604 |
| 14628093 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14628112 | + | North Penn Pediatric Dental Associates, 2100 North Broad Street, Suite 203, Lansdale, PA 19446-1052 |
| 14628114 | + | Police and Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14628117 | + | Synergetic Communication, Inc., 5450 N.W. Central #1000, Houston, TX 77092-2016 |
| 14628121 | + | USAA/Nationstar Mortgage, 350 Highland Drive, Houston, TX 77009-6623 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: BTPDERSHAW.COM | Nov 16 2021 04:43:00 | TERRY P. DERSHAW, Dershaw Law Offices, P.O. Box 556, Warminster, PA 18974-0632 |
| smg | | Email/Text: megan.harper@phila.gov | Nov 15 2021 23:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Nov 16 2021 04:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 15 2021 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 15 2021 23:40:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14628108 | | EDI: HNDA.COM | Nov 16 2021 04:43:00 | Honda Financial Services, P.O. Box 166469, Irving, TX 75016 |
| 14628101 | + | EDI: CITICORP.COM | Nov 16 2021 04:43:00 | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14628102 | | EDI: CAPITALONE.COM | Nov 16 2021 04:43:00 | Capital One Bank USA, N.A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14628104 | | EDI: DISCOVER.COM | Nov 16 2021 04:43:00 | Discover Bank, P.O. Box 15316, Wilmington, DE 19850 |
| 14628105 | + | EDI: CITICORP.COM | Nov 16 2021 04:43:00 | DSNB/Macy's, P.O. Box 8218, Mason, OH 45050 |
| 14628103 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 15 2021 23:40:00 | Dept. of Education/NelNet, P.O.Box 82561, |

Case 21-12181-amc   Doc 17   Filed 11/17/21   Entered 11/18/21 00:35:14   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 15, 2021 | Form ID: 318 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Lincoln, NE 68501-2561 |
| 14628106 | + | Email/Text: bbagley@enerbankusa.com | Nov 15 2021 23:40:00 | EnerBank USA, 1245 Brickyard Road, Suite 640, Salt Lake City, UT 84106-2581 |
| 14628107 | + | EDI: PHINGENESIS | Nov 16 2021 04:43:00 | FEB-Retail, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 14628096 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Nov 15 2021 23:40:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2905 |
| 14628110 | | EDI: JPMORGANCHASE | Nov 16 2021 04:43:00 | JPMCB Card Services, P.O. Box 15369, Wilmington, DE 19850 |
| 14628111 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 15 2021 23:40:00 | Kohl's Department Store, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14628113 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 15 2021 23:40:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 14628115 | + | EDI: RMSC.COM | Nov 16 2021 04:43:00 | Synchrony Bank/Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14628116 | + | EDI: RMSC.COM | Nov 16 2021 04:43:00 | Synchrony Bank/PayPal, P.O. Box 530975, Orlando, FL 32896-0001 |
| 14628118 | + | EDI: CITICORP.COM | Nov 16 2021 04:43:00 | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14628119 | | EDI: USAA.COM | Nov 16 2021 04:43:00 | USAA Credit Card Bank, 10750 McDermott Fwy., San Antonio, TX 78288-1600 |
| 14628120 | | EDI: USAA.COM | Nov 16 2021 04:43:00 | USAA Federal Savings Bank, P.O. Box 47504, San Antonio, TX 78265-7504 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14628109 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Honda Financial Services, P.O. Box 65507, Wilmington, DE 19808-0507 |
| 14628095 | *+ | Marsha L. Leon, 119 Deerpath Drive, Lansdale, PA 19446-1423 |
| 14628094 | *+ | Nelson Leon, 119 Deerpath Drive, Lansdale, PA 19446-1423 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 17, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2021 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 15, 2021 | Form ID: 318 | Total Noticed: 31 |

| Name | Email Address |
|---|---|
| DAVID B. SPITOFSKY | on behalf of Joint Debtor Marsha L. Leon spitofskybk@verizon.net  spitofskylaw@verizon.net |
| DAVID B. SPITOFSKY | on behalf of Debtor Nelson Leon spitofskybk@verizon.net  spitofskylaw@verizon.net |
| REBECCA ANN SOLARZ | on behalf of Creditor USAA FEDERAL SAVINGS BANK bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| TERRY P. DERSHAW | td@ix.netcom.com  PA66@ecfcbis.com;7trustee@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Nelson Leon | Social Security number or ITIN  xxx–xx–7829 |
|  | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Marsha L. Leon | Social Security number or ITIN  xxx–xx–4599 |
|  | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 21–12181–amc | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nelson Leon

Marsha L. Leon

11/15/21

**By the court:**   Ashely M. Chan
                    United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                **Order of Discharge**                                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**